**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| A'DERREON McDOW, #1333410, )<br>　　　　Plaintiff, )<br> )<br>v. )　　　　3:09-CV-1220-N<br> )<br>CLAUDIA REEVES, et al., )<br>　　　　Defendants. ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

IT IS, THEREFORE, ORDERED that Plaintiff's request for compensatory damages is DISMISSED as frivolous, *see* 42 U.S.C. § 1997e(e), and that service of process is hereby ISSUED on Plaintiff's claims against Claudia Reeves, Patricia Beach, Edwina Smith, and Richard Shufelt.[1]

Since Plaintiff was previously granted leave to proceed *in forma pauperis*, it is ordered that the Clerk shall PREPARE and ISSUE summonses for the Defendants named below, and DELIVER the summons to the United States Marshals Service for service of process pursuant to Rule 4, Federal Rules of Civil Procedure, along with copies of the complaint, Plaintiff's answers to the questionnaire, and the recommendation of the magistrate judge.

---

[1] Service of process cannot be issued at the present time with respect to the unidentified John/Jane Doe members of the Director's Review Committee.

| Defendants | Address |
|---|---|
| Claudia Reeves<br>Mailroom Supervisor | Sanders Estes Unit<br>1100 Highway 1807<br>Venus, TX 76084 |
| Patricia Beach<br>Mailroom Clerk | (same) |
| Edwina Smith<br>Mailroom Clerk | (same) |
| Richard Shufelt<br>Grievance Coordinator | (same) |

The Marshals Service shall SERVE the summonses, along with copies of the complaint and the recommendation of the magistrate judge, on the Defendants and file a return of service in the case pursuant to Fed. R. Civ. P. 4(c). In the event Defendants are no longer associated with the Sanders Estes Unit, the Marshals Service shall command all necessary assistance from the Texas Department of Criminal Justice to execute this order.

The Clerk will transmit a copy of this order to Plaintiff.

SIGNED October 14, 2009.

_____
David C. Godbey
United States District Judge